AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

JAMES M. FERLAND
Plaintiff

V.

SUPERINTENDENT PAUL NORTON et,al
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

**05 - 11217 NG**

I, __JAMES M. FERLAND__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☒ Yes      ☐ No      (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __MIDDLESEX HOUSE OF CORRECTIONS (BILLERICA)__

   Are you employed at the institution? __YES__   Do you receive any payment from the __YES, $1.00 A DAY__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?      ☐ Yes      ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_6-2-05_    _James M Fui_
Date         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IMPOUNDED-CONFIDENTAL

COMMONWEALTH OF MASSACHUSETTS

<u>UNITED STATES DISTRICT COURT</u>

NO._____

05 - 11217 NG

INFORMATION FOR THE INMATE/APPLICANT: You have requested that the <u>U.S.DISTRICT</u> Court waive the filing fees and (normal) costs and allow you to proceed as an indigent plaintiff. You are required to provide the court with information about your finances so that the court can determine whether you are unable to pay the fee or to make partial payments. You are required to sign this affidavit form under the penalties of perjury. This includes a statement that no action has been taken to hide assets. The court can dismiss the complaint if it finds that the claim of indigency is untrue. In addition, the court may impose costs on an inmate who intentionally files an affidavit that contains false information or that omits material information. You are also subject to loss of up to 60 days of good time earned or to be earned under G.L.c. 127,§ 129C (for blood donation) or under c. 127,§ 129D (for work, education or rehabilitation programs) if the court finds that the affidavit is frivolous and filed in bad faith in order to abuse the judical process. See G. L.c. 261 § 29.

<u>JAMES M. FERLAND</u>          ,          Plaintiff(s)

    v.

<u>SUPERINTENDENT PAUL NORTON</u>  et al     Defendant(s)

INMATE'S AFFIDAVIT OF INDIGENCY AND REQUEST FOR WAIVER OF NORMAL FEES AND COSTS IN COMPLIANCE WITH GENERAL LAWS c. 261, § 29

Pursuant to General Laws c. 261, § 29, the applicant, <u>JAMES M.FERLAND</u> swears(oraffirms) that the following information is true.

SOCIAL SECURITY # _____

DATE OF BIRTH                    _____

INMATE IDENTIFICATION # <u>  106900          </u>

CORRECTIONAL FACILITY: <u>Billerica House of Corrections</u>

ASSETS:

    CASH: 0.00

MONIES IN BANK ACCOUNTS:

      INMATE CANTEEN ACCOUNT: $20.00

     OTHER INSTITUTIONAL ACCOUNT: $0.00

     NON-PRISON ACCOUNT(s); $0.00

     REAL ESTATE: NONE

OTHER INVESTMENTS: NONE

ACCESSIBLE ASSETS OF A SPOUSE $0.00

INCOME:

   LAST SIX MONTHS INCOME: $100.00

   INCOME EXPECTED IN NEXT SIX MONTHS $60.00

LIABILITIES (for example, any debt you owe, including Victim/Witnes fees, child support, other court-imposed costs, and costs assessed for incarceration and pre-release programs).

               NONE

MONTHLY EXPENSES:

    NECESSARY CANTEEN PURCHASES (for example, stamps, envelopes, soap, toothpaste, and other toiletries, medications and clothing).

             Necessary canteen purchases

OTHER EXPENSES: NONE

I state under penalties of perjury that the staements made in this affidavit are true, that I have not omitted any assets that are available to me to pay filing fees or court costs, that I have not transferred any assets to avoid payment of filing fees and costs, and that I have not taken any action nor has any action been taken on my behalf relative to any assets in order to avoid having such assets used for payment of filing fees and costs.

Signature of applicant _James M. Ferland_

DATE: 6/2/05

ALL INFORMATION CONTAINED HEREIN IS CONFIDENTIAL. EXCEPT BY SPECIAL ORDER OF THE COURT, IT SHALL NOT BE DISCLOSED TO ANY- ONE OTHER THAN AUTHORIZED COURT PERSONNEL, PARTIES TO THIS LITIGATION OR THEIR COUNSEL, AND ANY AUTHORIZED (IN WRITING) REPRESENTATIVE OF THE APPLICANT.

**AUTHENTICATION OF SIGNATURE BY NOTARY PUBLIC OR CORRECTIONAL FACILITY.**

_Middlesex_, ss

The above named _James Ferland_, appeared before me, the under- signed authority, this ___ day of _June_, _2005_ and aknowledge the foregoing signature to be made of his or her own true act and deed.

_[signature]_
Notary Public
My commission expires on: 10·22·16

Date : 06/02/2005
Time : 09:55

## Account Activity Ledger

From : 11/30/2004    To : 06/02/2005

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 106900 | **Name** FERLAND, JAMES M | | | | **Block** INF | | **Previous Balance** | | 0.00 |
| Imported Entry | 11/30/2004 | 19:35 | B#63751 | 362432 | D | | 0.00 | | 0.00 |
| LYNNE | 12/02/2004 | 14:04 | B#63775 | 362672 | D | | 130.00 | | 130.00 |
| Sales Transaction | 12/03/2004 | 11:36 | I#727302 | | I | 3.31 | | | 126.69 |
| Sales Transaction | 12/10/2004 | 12:04 | I#728131 | | I | 1.68 | | | 125.01 |
| Sales Transaction | 12/14/2004 | 08:56 | I#728345 | | I | 0.00 | | | 125.01 |
| Sales Transaction | 12/17/2004 | 11:48 | I#728985 | | I | 2.52 | | | 122.49 |
| Sales Transaction | 12/31/2004 | 11:21 | I#730675 | | I | 1.68 | | | 120.81 |
| Sales Transaction | 01/07/2005 | 12:01 | I#731407 | | I | 0.79 | | | 120.02 |
| Sales Transaction | 01/18/2005 | 09:41 | I#732245 | | I | 48.16 | | | 71.86 |
| Sales Transaction | 01/24/2005 | 09:49 | I#732993 | | I | 61.54 | | | 10.32 |
| Sales Transaction | 01/31/2005 | 10:14 | I#733776 | | I | 9.09 | | | 1.23 |
| Sales Transaction | 01/31/2005 | 10:33 | I#733786 | | I | 0.90 | | | 0.33 |
| LYNNE SANTAMARIA | 02/01/2005 | 18:31 | B#64667 | 373466 | D | | 20.00 | | 20.33 |
| Sales Transaction | 02/07/2005 | 10:11 | I#734520 | | I | 11.65 | | | 8.68 |
| Sales Transaction | 02/07/2005 | 10:32 | I#734546 | | I | 0.08 | | | 8.60 |
| lynne santamaria | 02/09/2005 | 15:09 | B#64780 | 374686 | D | | 20.00 | | 28.60 |
| Sales Transaction | 02/14/2005 | 09:30 | I#735348 | | I | 13.48 | | | 15.12 |
| Sales Transaction | 02/21/2005 | 10:33 | I#736148 | | I | 12.16 | | | 2.96 |
| Sales Transaction | 02/28/2005 | 09:23 | I#736870 | | I | 2.87 | | | 0.09 |
| lynne santamaria | 03/01/2005 | 13:21 | B#65079 | 381736 | D | | 40.00 | | 40.09 |
| Sales Transaction | 03/07/2005 | 10:03 | I#737622 | | I | 14.50 | | | 25.59 |
| Sales Transaction | 03/14/2005 | 09:31 | I#738365 | | I | 13.01 | | | 12.58 |
| Sales Transaction | 03/21/2005 | 09:41 | I#739190 | | I | 8.82 | | | 3.76 |
| Sales Transaction | 03/28/2005 | 09:26 | I#739967 | | I | 3.19 | | | 0.57 |
| Sales Transaction | 04/11/2005 | 09:52 | I#741567 | | I | 0.00 | | | 0.57 |
| l santamaria | 04/15/2005 | 14:15 | B#65890 | 390294 | D | | 20.00 | | 20.57 |
| Sales Transaction | 04/18/2005 | 09:49 | I#742372 | | I | 9.69 | | | 10.88 |
| Sales Transaction | 04/28/2005 | 12:14 | I#743766 | | I | 7.40 | | | 3.48 |
| Sales Transaction | 05/05/2005 | 12:04 | I#744551 | | I | 3.06 | | | 0.42 |
| 09 GARAGE CWP | 05/10/2005 | 09:23 | B#66247 | 394738 | D | | 10.40 | | 10.82 |
| S.G.? | 05/10/2005 | 12:08 | B#66252 | 394972 | D | | 40.00 | | 50.82 |
| Sales Transaction | 05/11/2005 | 09:51 | I#745300 | | I | 23.97 | | | 26.85 |
| Sales Transaction | 05/19/2005 | 13:22 | I#746194 | | I | 10.57 | | | 16.28 |
| Sales Transaction | 05/26/2005 | 11:47 | I#746939 | | I | 2.20 | | | 14.08 |
| Sales Transaction | 05/31/2005 | 08:49 | I#747125 | | I | 7.41 | | | 6.67 |

**Deposits**    8    **For** $    280.40
**Withdraws**    0    **For** $    0.00
**Invoices**    27    **For** $    273.73

Page :    1