UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES M. FERLAND

v.

CIVIL ACTION
NO.

SUPERINTENDENT PAUL NORTON et,al

COMPLAINT    05-11217 NG

PARTIES INVOLVED  Referred to MJ JL Alexander

1. **JAMES FERLAND:** Is at all time of this complaint, a prisoner in the constructive care and custody of the defendant (Billerica House of Corrections). **AT ALL TIMES HE IS THE PETITIONER.**

2. **SUPERINTENDENT PAUL NORTON:** Is at the time of this complaint, The senior jail official, in his professional capacity as the supervisory administrator, who oversees the orderly running of the institution and the care and custody mandates there-of. He governs the jail, including the (DISCIPLINARY BOARD). **AT ALL TIMES HE IS THE DEFENDANT.**

3. **DEPUTY KENNETH SILVA, CAPTAIN KEVIN SLATTERY and OFFICER JACK CROWLEY:** Are respondants/defendants as they were parties to the disciplinary tribunal ("members") as is outlined in **MASS. FEATHERS V. ALDERMAN 120 N.E.2d. 766,331 MASS.527**

### JURISDICTION

4. This court has juridiction over this matter pursuant to 28 U.S.C. § 1332.

## STATEMENT OF FACTS

4) The petitioner was sentenced to one year in the defendants jail on 11/30/04.

5) After the initial intact he was placed in the "New Man" section of the jail. The conditions of the (New Man) section were horrific. The cell (I-4) 3rd. Floor had no light switch, the toilet was six inches from the bed, spiders, roaches and unknown insects were prevelant and rampart. There was grimy debris leaking from the toilet, waste water (sewerage) was in puddles. The ceiling was eroded, the air vents were clogged and unfunctioning. The jail was built in 1929 and has not been renovated to current modernized standards and requirements pursuant to the " Minimum Health and Sanitation " procedures that govern penal institutions.

6) Although the plaintiff had violated no institutional policies he was placed there upon his admitance for 23 hour lock-up period.

7) After the hour recreation period, the plaintiff returned to his cell.

8) At aprox. 2:50 P.M. Officer Edward Conley came to his cell and stated; " I'm shaking your cell down"... The defendant(s) have not complied with the standard cell search policies, which was designed to curtail the planting of false evidence by retalitory and vindictive officers.

9) Twenty minutes later, another officer approached me and stated; " We found what looks to be crack in a plastic wrapper"...

Fact(continued)

      10) I informed the officer that "whatever he found is not mine, I don't do drugs..... 'that stuff could have been anyones'.....

      11) I was then taken to another holding area and stripped searched, as well as an intrusive cavity search. I gave a urine sample, and then placed in segragation.

      12) I was brought to Deputy silvas office on 12/02/04 at about 10:00am

      13) I asked him the following questions;
      a) Why are you reading me my rights?
      b) How come I have not been placed on a 72 hour investagation?
      c) How come you have not notified the head of security? Why hasn't an investagation been iniciated into whether a crime has taken place (drugs)?

      d) How come the contraband has not been admitted into evidence pursuant to policy?

      Silva stated, you really think your a jailhouse lawyer huh" The defendant responded, further that he will " not be on the board because it would be a conflict of interest"....

      14) On 12/03/04 I was taken for a disciplinary hearing. The actual sanctions were already being processed prior to my hearing.

      15) Officer Jack Crowley held the hearing, he went on record as stating that he checked the cell I was placed in it. Atty. Lee Gartenburg confirmed that. Officer Crowley was not an impartial witness and should not have held the hearing.

Page (4)

16) The palintiff was found guilty on the totality of the charges (prior to a drug analysis). I was given 20 days segregation.

17) After completing the 20 day sanction I was given an additional 21 day (Administrative Seg.) This was ordered although I continued to ask for the urine and drug results.

18) After a total of 44 days had expired, I was released into general population.

19) I conffered with the Inmate Attorney, Lee Gartenburg, and after his review I was advised that there was no validitity to the drug charges and the charge was (dropped). But the plaintiff already served time on it. It is clear the tests came back negative, and the due process I was entitled to were violated.

20) To this very day (of this filing) I have received no documents pertaining to the drug or urine testing. The charge for "Violating a law of the Commonwealth was dropped) but it was/is to late I served sanctions of 44 days.

## CAUSE OF ACTION

21) The mere contention that it "appeared" to be drugs should of been followed by due process and the security team should of been given the investigation. See; Exhibit (Disciplinary Policy/mandates)

22) ATTACHED ARE WILLIAMS V. STATE and WRIGHTMAN V. SUPT. whos language clearly demonstrates the violative practices the plaintiff was subjected to.

23. Officer Crowley was not an impartial hearings officer; see **U.S ex Rel. V. Smith(Robinson) 495 F.Supp.697,705 (1980)**

### THE RELIEF

24. Plaintiff is requesting $500.00(Five Hundred Dollars Per Defendant)Per each day of **Unconstitutional,Unwarranted and Violative Detention in Segragation**. Also this inmate is aware of **Due Process Violations** committed in connection with disciplinary charges against him and suffered emotional stress during the course of this inmate attempt to obtain his **Due Process Rights**. (see **LEWIS V. SMITH 855 F.2d 736 (11th cir.1988)**

25. **ORDER OF PROTECTION/INJUNCTION:** To curtail the defendant from transferring the plaintiff to any other jail or to take any type of retaliatory action against the plaintiff.

RESPECTFULLY

*James M. Ferland*

JAMES M.FERLAND (Pro se litigant)
BILLERICA HOUSE OF CORRECTIONS
269 TREBLE COVE ROAD
BILLERICA,MASSACHUSETTS
01862

JS 44 (Rev. 3/99)  CIVIL COVER SHEET  ATTACHMENT 2

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

JAMES M. FERLAND

**DEFENDANTS**

SUPERINTENDENT PAUL NORTON et, al

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

05-11217 NG

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE WENDIE I. GERSHENGORN   DOCKET NUMBER 05-814

DATE    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ATTACHMENT 3**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _FERLAND V. NORTON ET, AL_

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    __ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ✓ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     for patent, trademark or copyright cases

    __ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

    __ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

    __ V.   150, 152, 153.

    **05 - 11217 NG**

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

    YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

    YES ☐   NO ☒

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

    YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

    YES ☐   NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

    YES ☐   NO ✓

    A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

       EASTERN DIVISION ☐   CENTRAL DIVISION ☐   WESTERN DIVISION ☐

    B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

       EASTERN DIVISION ☒   CENTRAL DIVISION ☐   WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(Att3Cover sheet local.wpd - 11/27/00)