UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES M. FERLAND,
                    Plaintiff

        v.                                    C.A. No.  05-11217-NG

SUPERINTENDENT PAUL NOLAN, ET AL.,
                    Defendant

NOTICE FOR PAYMENT OF PRISONER FILING FEE

To: THE TREASURER'S OFFICE AT MIDDLESEX COUNTY HOUSE OF CORRECTION (BILLERICA), 269
TREBLE COVE ROAD,  P.O. BOX 565, BILLERICA, MA 01821, AND TO ANY TREASURER'S OFFICE
AT FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, is obligated to pay
the statutory filing fee of $250.00 for this action.  See 28 U.S.C. § 1915(b)(1).

☒     Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff has been assessed the following:
      ☐     Full filing fee of $____ from available funds.
      ☒     An initial partial filing fee of: **$8.70** due within ten (10) business
            days of receipt of this notice.
      ☒     Remainder of fee [**$241.30**] to be paid in accordance with 28 U.S.C. §
            1915(b)(2) in monthly payments of 20% of the preceding month's income
            credited to the prisoner's account each time the amount in the account
            exceeds $10.00 until the filing fee is paid.

☐     Plaintiff has been without funds for six months and is currently without
      funds.  Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is obligated to make
      monthly payments of 20 percent of the preceding month's income credited to the
      prisoner's account until the statutory filing fee of $ 250.00 has been paid in
      full.

The Treasurer's Office at the institution designated above is required to send to
the Clerk of the Court the initial partial filing fee (if assessed) and monthly
payments from plaintiff's prison trust account (or institutional equivalent) each
time the amount in the prisoner's account exceeds $10.00.  28 U.S.C. § 1915(b)(2).
The monthly payments shall be sent on the last day of each month, beginning in the
month subsequent to the date of this notice.  The monthly payments shall continue
until the balance of $ 250.00   is paid in full.

The prisoner's name and case number must be noted on each remittance.  If a single
check is provided in payment of filing fees for more than one prisoner, the amount
to be allocated to each prisoner and case must be noted.  All checks should be made
payable to the "Clerk, U. S. District Court" and transmitted to:

                          U. S. District Court
                          Cashier - Suite 2300
                           1 Courthouse Way
                          Boston, MA  02210


                              SARAH ALLISON THORNTON, CLERK


                         By:   /s/ Rebecca Greenberg
Date: June 30, 2005            Deputy Clerk

cc: Plaintiff