**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JAMES M FERLAND | 05-11217-NG |
| DEFENDANT | TYPE OF PROCESS |
| PAUL NORTON et. al. | SUMMONS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PAUL NORTON

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** B.H.O.C. 269 TREBLE COVE RD. BILLERICA, MA 01862

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JAMES M. FERLAND/INS NO #106900
BILLERICA HOUSE OF CORRECTIONS
269 TREBLE COVE ROAD
BILLERICA, MA, 01862

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

BEST TIME TO MAKE "SERVICE OF PROCESS IS BETWEEN 8:00 AM - 4:00 PM. HE IS NO LONGER THE SUPERINTENDENT, HE IS "SPECIAL SHERIFF".

Signature of Attorney or other Originator requesting service on behalf of:
James M. Ferland    ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | Nancy Jolawere | 9/12/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Paul Norton "Special Sheriff"

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | 9:50 ☒ am ☐ pm |
|---|---|---|
| 09-30-05 | | |

Signature of U.S. Marshal or Deputy
Ken New

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 67.50 | 14.50 | — | 82.00 | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

⸺AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

James M. Ferland

V.

Superintendent Paul Norton, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. 05-11217-NG

TO: (Name and address of Defendant)

Superintendent Paul Norton

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Ferland, Pro se

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

Rebecca Greenberg
(By) DEPUTY CLERK

August 4, 2005
DATE