UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11217-NG

| | |
|---|---|
| James Ferland,<br>Plaintiff Pro Se,<br><br>v.<br><br>Superintendent Paul Norton, Deputy<br>Kenneth Silva, Captain Kevin Slattery, and<br>Officer Jack Crowley,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT SPECIAL SHERIFF PAUL NORTON, DEPUTY KENNETH SILVA, CAPTAIN KEVIN SLATTERY AND OFFICER JACK CROWLEY

Pursuant to Federal Local Rule 83.5.2 (a), please enter my appearance for the above-referenced Defendants in this action.

Respectfully submitted,
Middlesex Sheriff's Office Defendants,
By their attorney,

Steven J. Masse, Jr.
Middlesex Sheriff's Office, Legal Counsel
40 Thorndike Street, 17th Floor
Cambridge, MA 02141
(617) 494-4400

Dated: 10/13/05