# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  Superintendent
Billerica House of Correction
269 Treble Cove Road
Billerica, MA 01862

YOU ARE COMMANDED to have the body of __James M. Ferland__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. _24_, on the _7th_ floor, Boston, Massachusetts on _December 15, 2005_, at _2:30_ PM. for the purpose of __a Scheduling Conference__ in the case of __JAMES FERLAND__ V. __PAUL NORTON, ET AL.__ CV Number _05-11217-NG_

And you are to retain the body of said __James M. Ferland__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __James M. Ferland__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this _10th_ day of _NOVEMBER, 2005_.

_[signature]_

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON
CLERK OF COURT

By: _/S/ Jarrett Lovett_
Deputy Clerk

(05cv11217 habe - FERLAND.wpd - 3/7/2005)