COMMONWEALTH OF MASSACHUSETTS

TO: Clerk Maryellen Malloy
The Honorable Judge Nancy Gertner
United States District Court, Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

FROM: James M. Ferland
Billerica House of Corrections
269 Treble Cove Road
Billerica, Massachusetts  01862

RE: Notification of my change of address.

Dear Ms. Malloy,

    I am writing you this letter to formally notify you that as of November 23, 2005, I will no longer be residing at the Billerica House of Corrections. My new address will be 34 Arrowhead Road Bellingham, Massachusetts  02019.

Respectfully Submitted

*James M. Ferland*
James M. Ferland
Billerica House of Corrections
269 Treble Cove Road
Billerica, Massachusetts  01862

11/3/05
Dated

cc: Edward J. Sullivan/Clerk of the Court/Middlesex Superior Court
    Steven J. Masse Jr./Middlesex Sheriff's Office/Legal Counsel