UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -9  P 3: 04

CIVIL ACTION NO: 05-11217-NG

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| James Ferland,<br>Plaintiff Pro Se,<br><br>v.<br><br>Superintendent Paul Norton, Deputy<br>Kenneth Silva, Captain Kevin Slattery, and<br>Officer Jack Crowley,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' (SPECIAL SHERIFF PAUL NORTON, DEPUTY KENNETH SILVA, CAPTAIN KEVIN SLATTERY AND OFFICER JACK CROWLEY) MOTION TO CONTINUE THE DECEMBER 15, 2005 SCHEDULING CONFERENCE

Now come the Defendants and move this Honorable Court, pursuant to Local

Rule 16.1 (A), to continue the December 15, 2005 Scheduling Conference to another date

in the immediate future. As reasons for this motion, the Defendants state that prior to

December 8, 2005, their counsel was prepared to appear for the conference on December

15, 2005 at 2:30 p.m.

The Court, however, electronically notified counsel that the conference had been

"reset for 12/15/2005 @ 12:00 p.m." See Email Notice. Unfortunately, the new time has

triggered a logistical problem for counsel whose attendance is required at a senior level

meeting during the morning hours of December 15th. This meeting had been scheduled in

advance of the time change. Had the time not been changed, counsel would have been

afforded sufficient travel time to appear before Your Honor at 2:30 p.m.

With the time change, however, counsel will not have adequate time to travel

from the location of his meeting to make it to the Moakley Courthouse by noon.

Therefore, in the interests of fundamental fairness and judicial economy, the Defendants respectfully request that their motion to continue be allowed. Furthermore, the Defendants suggest alternative continuance dates (**December 29, 2005; January 3, 2006 or January 4, 2006**). Earlier dates would have been provided but counsel did not want to risk having them conflict with his previously scheduled vacation starting on December 19, 2005 and ending on December 28, 2005.

Lastly, Plaintiff James Ferland will not be prejudiced by this short delay.

**WHEREFORE**, the Defendants respectfully request that their motion to continue the Scheduling Conference be allowed and that the matter be rescheduled to another convenient date.

Respectfully submitted,
Defendants,
By their attorney,

Steven J. Masse, Jr. – BBO # 635157
Middlesex Sheriff's Office, Legal Counsel
40 Thorndike Street, 17th Floor
Cambridge, MA 02141
(617) 494-4400

Dated: *12/9/05*

## CERTIFICATE OF SERVICE

I, Steven J. Masse, Jr., hereby certify that I have served true copies of Defendants' Motion to Continue Scheduling Conference to Plaintiff pro se, James Ferland, 34 Arrowhead Rd., Bellingham, MA 01862 by first class mail.

*12/9/05*

2

**Masse, Steve**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, December 08, 2005 2:45 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-11217-NG Ferland v. Norton et al "Notice of Hearing" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from JLA, int1 entered on 12/8/2005 at 2:45 PM EST and filed on 12/8/2005

| | |
|---|---|
| **Case Name:** | Ferland v. Norton et al |
| **Case Number:** | 1:05-cv-11217 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
ELECTRONIC NOTICE of Hearing: Scheduling Conference RESET for 12/15/2005 @ 12:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (JLA, int1)

The following document(s) are associated with this transaction:

**1:05-cv-11217 Notice will be electronically mailed to:**

Steven J. Masse    Smasse@sdm.state.ma.us

**1:05-cv-11217 Notice will not be electronically mailed to:**

James M. Ferland
34 Arrowhead Road
Bellingham, MA 02019