

*The Commonwealth of Massachusetts*
*Middlesex Sheriff's Office*
*James V. DiPaola*
*Sheriff*

*P.O. Box 97 • 40 Thorndike Street • East Cambridge, Massachusetts 02141*
*Phone (617) 494-4400 • Fax (617) 577-8373*

December 29, 2005

The Honorable Joyce L. Alexander
United States District Court, Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

IN-HAND DELIVERY

Re:     Ferland v. Superintendent Paul E. Norton, et al.,
        United States District Court Civil No: 05-11217-NG

Dear Judge Alexander:

In light of the upcoming Scheduling Conference on January 4, 2006, this letter is intended to serve as the parties' ***Joint Discovery Plan*** and ***Automatic Disclosures*** pursuant to F. R. Civ. P 26 (f) and Local Rule 16. With respect to the parties' obligations under these rules, former Inmate James Ferland and I have spoken on several occasions since his release from prison in November 2005. On November 30, 2005, the parties engaged in a productive and amicable telephone conference pertaining to the merits of the case. Topics of that discussion ranged from the merits of lawsuit to who the parties felt would be relevant witnesses.

Mr. Ferland also communicated to me during the November 30th conversation that his settlement demand was $ 100, 000.00. Even though the Plaintiff's offer of settlement was rejected, Mr. Ferland acknowledged that in making and rejecting the offer, the parties were simply representing their respective interests. On December 12, 2005, Mr. Ferland and I had another substantive discussion regarding the merits of the lawsuit. In that discussion, the parties established the following agreements:

(1) The Middlesex Sheriff's Office has provided Mr. Ferland with all documents in its possession, custody or control regarding this matter. That means all documents attached to the Defendants' motion to dismiss the Middlesex Superior Court action and all the documents appended to the Defendants' dispositive motion before this Court.

(2) The necessary witnesses are listed in the documents/exhibits that have already been provided to Mr. Ferland: Special Sheriff Paul E. Norton; Deputy Kenneth Silva; Captain Kevin Slattery; Deputy Peter Bolton; Officer John Crowley; and Officer Jeannine Martin. The parties reserve the right to supplement this list of witnesses up to the time of trial with proper notice to the other side.

(3) The parties do not intend to depose any of these witnesses.

(4) There are no expert witnesses.

(5) Finally, the parties do not believe this case is "complex" pursuant to Local Rule 16.1 (E) (4) (a).

Thank you for your attention to these matters.

Very truly yours,

Steven J. Masse, Jr.
Legal Counsel

cc: James Ferland