

*The Commonwealth of Massachusetts*
*Middlesex Sheriff's Office*
*James V. DiPaola*
*Sheriff*

P.O. Box 97 • 40 Thorndike Street • East Cambridge, Massachusetts 02141
Phone (617) 494-4400 • Fax (617) 577-8373

February 24, 2006

The Honorable Nancy Gertner
United States District Court, Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Ferland v. Superintendent Paul E. Norton, et al.,
      United States District Court Civil No: 05-11217-NG

Dear Judge Gertner:

On October 31, 2005, the Defendants submitted their motion to strike and dismiss Plaintiff's complaint. The parties have a Scheduling Conference before Magistrate Judge Joyce L. Alexander on March 16, 2006.

I understand the Court's busy schedule but was writing to see if there will be any action on the motion prior to the Scheduling Conference.

Thank you for your time and attention.

Very truly yours,

Steven J. Masse, Jr.
Deputy Chief Legal Counsel

cc: James Ferland