UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. FERLAND         ) | |
|     Plaintiff,         ) | |
|                    ) | |
|     v.              ) | C.A. No. 05-11217-NG |
|                    ) | |
| PAUL NORTON, SGT. KENNETH    ) | |
| SILVA, OFCR. KENNETH SLATTERY,) | |
| and JACK CROWLEY,       ) | |
|     Defendants.         ) | |

GERTNER, D.J.:

## ORDER FOR DISMISSAL

In accordance with the Electronic Order entered this date, adopting Magistrate Judge Alexander's Report and Recommendation,[1] it is hereby **ORDERED** that the above captioned matter is dismissed

---

[1] The Electronic Order appears on the docket of this case as follows:

> Judge Nancy Gertner : Electronic ORDER entered granting 16 Motion to Dismiss, adopting Report and Recommendations re 28 Report and Recommendations. Plaintiff has filed no objections to the Report and Recommendation. In any case, my independent review of it suggests that it should be adopted. The essential facts on which Magistrate Judge Alexander's Rule 56 findings are based are conceded by the plaintiff, and corroborated by the materials attached to defendants' papers -- that officers found a substance that appeared to be crack cocaine in Ferland's cell, that while that sample tested negative for crack several days later, Ferland's urine tested positive for marihuana. (While the crack test was negative, it suggested a cocaine level high enough to indicate that Ferland had ingested cocaine in the previous 24-72 hours.) He was placed in DDU, and after a disciplinary hearing, found guilty and sentenced to two ten day sentences in the DDU, after which he was placed in Administrative segregation. There is no basis on this record to conclude there was a constitutional violation deriving from the disciplinary actions of the defendants, or the nature of the disciplinary proceeding. According, the R & R is adopted and the case is DISMISSED. (Gertner, Nancy) (Entered: 09/06/2006)

in its entirety.

                                              By the Court,

Dated:   September 6, 2006          s/ Maryellen Molloy
                                              Deputy Clerk